UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DONALD BEASLEY, Individually And On
Behalf of All Others Similarly Situation,

        Plaintiff,

v.

TELETECH HOLDINGS, INC., KENNETH D.
TUCHMAN, JOHN R. TROKA, RUTH C.
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARTLETT,
SHRIKANT MEHTA, CITIGROUP GLOBAL
MARKETS INC., MORGAN STANLEY & CO.,
INC., and ERNST & YOUNG,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 0913 (LTS)

STIPULATION AND ORDER

        WHEREAS, the above-captioned class action asserts violations of Sections 11 and 12(a)(2) of the Securities Act of 1933 against defendants Citigroup Global Markets Inc. and Morgan Stanley & Co., Inc. (collectively, the "Underwriter Defendants");

        WHEREAS, the action is subject to the requirements of the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

        WHEREAS, the PSLRA contemplates (i) the consolidation of similar actions; (ii) appointment of a lead plaintiff and approval of selection of lead counsel; and (iii) the filing of a single, superseding consolidated complaint; and

        WHEREAS, a motion or motions to consolidate and for appointment of lead plaintiff and lead counsel have yet to be filed;

        WHEREAS, the time for the Underwriter Defendants to answer or otherwise respond to the complaint has not yet passed;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for the parties that: (i) the Underwriter Defendants shall have no obligation to move, answer or otherwise respond to the above-captioned complaint and (ii) the consolidated amended complaint shall supersede all complaints filed in any action consolidated herein.

Dated: New York, New York
February 25, 2008

Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st Street, 12th Floor
New York, New York 10017
Tel: (212) 696-3730
Fax: (504) 455-1498

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street – Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400
Fax: (504) 455-1498

Attorneys for Plaintiff

Jay B. Kasner
Gary J. Hacker
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Defendants
Citigroup Global Markets Inc.
and Morgan Stanley & Co., Inc.

SO ORDERED:

_____ 2/26/2008
U.S.D.J.