AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | FEB 11 2008 AT 3:33 P.M. |
| NAME OF SERVER (PRINT) KEVIN J. Gonzalez | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CITIGROUP GLOBAL MARKETS INC
KATHERINE BRAHON    485 LEXINGTON AVENUE, LOBBY
PARALEGAL    NEW YORK, NY 10017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEB 11 2008
           Date            Signature of Server

NATIONWIDE LEGAL SUPPORT, INC.
18726 VENTURA BLVD. STE 208
TARZANA, CA 91356
Address of Server
TEL (877) 944-6474
FAX (818) 774-1576

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.