AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE FEB 11 2008 at 2:34 P.M. |
| NAME OF SERVER (PRINT) ALVIN J. GONZALEZ | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ERNST & YOUNG, LLP, 5 TIMES SQUARE, LOBBY, NEW YORK, NY 10036
SYLVESTER R. DELITTO
SUBPOENA COMPLIANCE MANAGER

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEB 11 2008
            Date

Signature of Server

NATIONWIDE LEGAL SUPPORT, INC.
18226 VENTURA BLVD., SUITE 208
Address of Server
TARZANA, CA 91356
TEL (877) 944-0474
FAX (818) 774-1576

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.