AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE FEB 1 1 2008 at 2:55 P.M. |
| NAME OF SERVER (PRINT) Alvin D. Gonzalez | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: MORGAN STANLEY & CO. INC. 1633 BROADWAY, 25th FLR. NYC, NY 10019
LAUREN GALLUCCIO
ASSOCIATE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEB 1 1 2008
Date    Signature of Server

NATIONWIDE LEGAL SUPPORT, INC.
18226 VENTURA BLVD, STE 208
TARZANA, CA 91356
Address of Server

TEL (877) 944-0474
FAX (818) 774-1576

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.