# Affidavit of Process Server

## MARICOPA COUNTY ARIZONA
(NAME OF COURT)

| DONALD BEASLEY | vs TELETECH HOLDINGS ET AL | 08-CV-0913 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, MARK RAUSS, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served WILLIAM LINNENBRINGER
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS/COMPLAINT

by leaving with CHRISTINE LINNENBRINGER    WIFE    At
              NAME                          RELATIONSHIP

☒ Residence 12669 BRADFORD WOODS DR    ST LOUIS MO 63127
            ADDRESS                     CITY / STATE

☐ Business _____    _____
           ADDRESS    CITY / STATE

On 2/16/08    AT 516 PM
   DATE          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                  DATE
from _____ _____ _____
     CITY    STATE   ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☒ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 15 and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
                                                  DATE   TIME      DATE   TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
    DATE    TIME        DATE    TIME        DATE    TIME

Description: Age 50  Sex F  Race W  Height 5'6  Weight 130  Hair BLND  Beard N  Glasses N

_signature_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 22nd day of February, 2008, by MARK RAUSS.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_signature_
SIGNATURE OF NOTARY PUBLIC

H. KATHLEEN DUNN
Notary Public - Notary Seal
State of Missouri
County of St. Louis
My Commission Exp. 06/30/2008

NOTARY PUBLIC for the state of Missouri

NATIONWIDE LEGAL SUPPORT, INC.
18226 VENTURA BLVD., SUITE 208
TARZANA, CA 91356
TEL (877) 944-0474
FAX (818) 774-1576