## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 08 CV 0913

Date Filed: 1/25/2008

Plaintiff:
**DONALD BEASLEY**

vs.

Defendant:
**TELETECH HOLDINGS, INC., ET AL**

Received by NATIONWIDE LEGAL SUPPORT, INC. to be served on **RUTH C. LIPPER, 85 HOBART AVENUE, SUMMIT, NJ 07901**.

I, John G. Fary, being duly sworn, depose and say that on the **11th day of February, 2008 at 10:20 am**, I:

SERVED the annexed **SUMMONS & COMPLAINT AND JURY DEMAND** upon RUTH C. LIPPER by delivering a true copy to: INGRED TORRE a person of suitable age & discretion, said premises is recipients: ( )actual place of business  ( )dwelling place  ( )last known residence  Within 20 days of such service, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at: 85 HOBART AVE., SUMMIT, NJ 07901 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York state.  the envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not indicate by return address or otherwise that the communication was from an attorney.

**Military Status:** BASED UPON INQUIRY OF PARTY SERVED, DEFENDANT IS NOT IN THE MILITARY SERVICES OF THE UNITED STATES.

**Description** of Person Served:  Age: 40,  Sex: F,  Race/Skin Color: White,  Height: 5'6,  Weight: 115,  Hair: Brown,  Glasses: N

I, the undersigned, certify that I am over the age of 18, being a competent adult without any direct interest in this litigation and being a process server in good standing.

Subscribed and Sworn to before me on the 12th day of February, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC HOWARD APPEL
Notary Public
State of New Jersey
My Commission Expires Sep. 25, 2012

John G. Fary
Process Server

NATIONWIDE LEGAL SUPPORT, INC.
18226 Ventura Blvd.
Suite 208
Tarzana, CA  91356
(877) 944-0474
Our Job Serial Number: 2008000172

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f