# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 08 CV 0913

Date Filed: _____

Plaintiff:
**Donald Beasley**

vs.

Defendant:
**Teletech Holdings, Inc., et al.**

For:
Kahn Gauhier Swick, LLC
650 Poydras Peoria Street
Suite 2150
New Orleans, LA 70130

Received by Nationwide Legal Support, Inc. to be served on TeleTech Holdings, Inc, 9197 South Peoria Street, Englewood, CO 80112.

I, Derek Minto, being duly sworn, depose and say that on the 13th day of February, 2008 at 12:15 pm, I:

served a CORPORATION by delivering a true copy of the **Summons in a Civil Action; Class Action Complaint for Violations of Federal Securities Laws** with the date and hour of service endorsed thereon by me, to: **Chris Rogers as Authorized for TeleTech Holdings, Inc**, at the address of: C/O Corporation Company, 1675 Broadway, Suite 1200,, Denver, CO 80112, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 23, Sex: M, Race/Skin Color: Caucasian, Height: 5'8", Weight: 175, Hair: Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 20th day of February, 2008 by the affiant who is personally known to me.

Notary public

Derek Minto
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18226 Ventura Blvd., Suite 208
Tarzana, CA 91356
(818) 774-9757
Our Job Serial Number: 2008000937

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f