## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of New York

Index Number: 08 CV 0913

Date Filed: _____

**Plaintiff:**
Donald Beasley

vs.

**Defendant:**
Teletech Holdings, Inc., et al.,

**For:**
Kahn Gauthier Swick, LLC
650 Poydras Peoria Street
Suite 2150
New Orleans, LA 70130

Received by Nationwide Legal Support, Inc. to be served on John R. Troka Jr, 7762 South Hill Drive, Littleton, CO 80120.

I, Chantal Innes, being duly sworn, depose and say that on the 16th day of February, 2008 at 1:07 pm, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the Summons in a Civil Action; Class Action Complaint for Violations of Federal Securities Laws with the date and hour of service endorsed thereon by me, to: John R. Troka Jr at the address of: 7762 South Hill Drive, Littleton, CO 80120, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasian, Height: 6'2", Weight: 200, Hair: Gray/Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 25th day of February, 2008 by the affiant who is personally known to me.

_Tara A. Minto_
Notary public

TARA ANN MINTO
NOTARY PUBLIC
STATE OF COLORADO

My Commission Expires 02/01/2009

_Chantel Jones_
Chantal Jones
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18326 Ventura Blvd., Suite 209
Tarzana, CA 91356
(818) 774-9757
Our Job Serial Number: 2008000934

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2T