## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 08 CV 0913

Date Filed: _____

Plaintiff:
Donald Beasley
vs.
Defendant:
Teletech Holdings, Inc., et al,

For:
  Kahn Gauthier Swick, LLC

Received by Nationwide Legal Support, Inc. to be served on Kenneth D. Tuchman, 4375 S Lafayette St., Cherry Hills Village, CO 80113-5941. I, _Jim Watson_, being duly sworn, depose and say that on the _13_ day of _Feb_, 20_08_ at _1:30_ p.m., executed service by delivering a true copy of the Summons in a Civil Action; Class Action Complaint for Violations of Federal Securities Laws in accordance with state statutes in the manner marked below:

[X] INDIVIDUAL SERVICE: Served the within-named person.

[X] SUBSTITUTE SERVICE: By serving _Deborah Wife_ as

( ) POSTING _____

( ) DESCRIPTION ) Age _36_ Sex _M_ Race _Wh_ Height _55_ Weight _135_ Hair _BLND_ Glasses _N_

( ) NON SERVICE: See Comments


COMMENTS: _____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _15_ day
of _Feb_, _08_ by the affiant who is
personally known to me.

_Tara A. Minto_
NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance
  with State Statutes

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18226 Ventura Blvd., Suite 208
Tarzana, CA 91356
(818) 774-9757
Our Job Serial Number: 2008000926

TARA ANN MINTO
NOTARY PUBLIC
STATE OF COLORADO

My Commission Expires 02/01/2009™ © 1992-2008 © Database Services, Inc. - Process Server's Toolbox V6.2f