**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

─────────────────────────────────────────── x

DONALD BEASLEY, Individually And
On Behalf of All Others Similarly Situated,

                    Plaintiff,

           vs.                                   08-CV-0913

TELETECH HOLDINGS, INC. KENNETH D.
TUCHMAN, JOHN R. TROKA, RUTH C.           ELECTRONICALLY FILED
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARLETT,
SHRIKANT MEHTA, CITIGROUP GLOBAL
MARKETS INC., MORGAN STANLEY & CO.,
INC., and ERNST & YOUNG, LLP,

                    Defendants.

─────────────────────────────────────────── x

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for Defendants Teletech Holdings, Inc., John R. Troka, Ruth C. Lipper, Shirley Young, William A. Linnenbringer, James E. Barlett, and Shrikant Mehta.

      I certify that I am admitted to practice in this court.

Date: March 3, 2008                                         s/ Geoffrey H. Coll
                                                                    Geoffrey H. Coll
                                                                    Dewey & LeBoeuf LLP
                                                                    1101 New York Avenue, NW
                                                                    Suite 1100
                                                                      Washington, DC 20005-4213
                                                                    Tel: (202) 986-8000
                                                                    Fax: (202) 986-8102