UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x

DONALD BEASLEY, Individually And
On Behalf of All Others Similarly Situated,

                Plaintiff,

        vs.                                           08-CV-0913

TELETECH HOLDINGS, INC. KENNETH D.
TUCHMAN, JOHN R. TROKA, RUTH C.         ELECTRONICALLY FILED
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARLETT,
SHRIKANT MEHTA, CITIGROUP GLOBAL
MARKETS INC., MORGAN STANLEY & CO.,
INC., and ERNST & YOUNG, LLP,

                Defendants.
―――――――――――――――――――――――――― x

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for Defendants Teletech Holdings, Inc., John R. Troka, Ruth C. Lipper, Shirley Young, William A. Linnenbringer, James E. Barlett, and Shrikant Mehta.

      I certify that I am admitted to practice in this court.

Date: March 3, 2008                                         s/ Jonathan E. Richman
                                                            Jonathan E. Richman
                                                            Dewey & LeBoeuf LLP
                                                           1301 Avenue of the Americas
                                                           New York, New York  10019
                                                            (212) 259-8000
                                                            (212) 649-0971