UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

──────────────────────────────────────── x
DONALD BEASLEY, Individually And
On Behalf of All Others Similarly Situated,

                Plaintiff,                08-CV-0913

                vs.                    **RULE 7.1 STATEMENT**

TELETECH HOLDINGS, INC. KENNETH D.      ELECTRONICALLY FILED
TUCHMAN, JOHN R. TROKA, RUTH C.
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARLETT,
SHRIKANT MEHTA, CITIGROUP GLOBAL
MARKETS INC., MORGAN STANLEY & CO.,
INC., and ERNST & YOUNG, LLP,

                Defendants.
──────────────────────────────────────── x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Teletech Holdings, Inc. states that it has no parent corporation and that no publicly-held corporation owns more than 10% of its stock.

Dated:  New York, New York
         March 3, 2008

                                          By:    s/ Geoffrey H. Coll

                                          DEWEY & LEBOEUF LLP
                                          Geoffrey H. Coll
                                          1101 New York Avenue, NW
                                          Suite 1100
                                          Washington, DC 20005-4213
                                          Tel: (202) 986-8000
                                          Fax: (202) 986-8102

                                          *Attorneys for TeleTech Holdings, John R. Troka,*
                                          *Ruth C. Lipper, Shirley Young, William A.*
                                          *Linnenbringer, James E. Barlett and Shrikant*
                                          *Mehta*