**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————— x

DONALD BEASLEY, Individually And
On Behalf of All Others Similarly Situated,

Plaintiff,

vs.                                                              08-CV-0913

TELETECH HOLDINGS, INC. KENNETH D.                ELECTRONICALLY FILED
TUCHMAN, JOHN R. TROKA, RUTH C.
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARLETT,
SHRIKANT MEHTA, CITIGROUP GLOBAL
MARKETS INC., MORGAN STANLEY & CO.,
INC., and ERNST & YOUNG, LLP,

Defendants.

——————————————————— x

STATE OF NEW YORK      )
                                        SS:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

KEVIN KOHBERGER, being duly sworn, deposed and says:  I am over 18 years

of age, not a party to this action and am employed by the law firm of Dewey & LeBoeuf

LLP.

On the 3rd day of March, 2008, I served a true and correct copy of:

1) NOTICE OF APPEARANCE OF GEOFFREY H. COLL;

2) NOTICE OF APPEARANCE OF CORINNE LEVY;

3) NOTICE OF APPEARANCE OF JONATHAN E. RICHMAN; and

4) RULE 7.1 STATEMENT

via First Class Mail, postage prepaid, to the attorneys listed below at their address designated for service of papers:

Lewis Stephen Kahn, Esq.
Kahn, Gauthier Law Group, L.L.C.
650 Poydras St.
Suite 2150
New Orleans, LA 70130

KEVIN KOHBERGER
Lic. No. 1222809

Sworn to before me this
3rd day of March, 2008

NOTARY PUBLIC

MATTHEW P. MCGOURTY
NOTARY PUBLIC, State of New York
No. 01MC6094665
Qualified in New York County
Commission Expires June 23, 20 11