SWAIN ST

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 5 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD BEASLEY, Individually And
On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

TELETECH HOLDINGS, INC., KENNETH D.
TUCHMAN, JOHN R. TROKA, RUTH C.
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARTLETT,
SHRIKANT MEHTA, CITIGROUP GLOBAL
MARKETS, INC., MORGAN STANLEY & CO.,
INC., ERNST & YOUNG, LLP,

    Defendants.

NO. 1:08-cv-00913-LTS

STIPULATION AND
ORDER EXTENDING
TIME TO RESPOND TO
COMPLAINT

---

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

WHEREAS, the above-captioned class action asserts violations of the Sections 10(b) and 20(a) of the Exchange Act of 1934 and Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 against defendants;

WHEREAS, the action is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "PSLRA");

WHEREAS, the PSLRA provides for the appointment of a lead plaintiff and approval of lead counsel to act on behalf of the class;

WHEREAS, the PSLRA further provides that lead plaintiff shall not be appointed until after a motion to consolidate has been granted;

WHEREAS, a motion or motions to consolidate and for appointment of lead plaintiff and approval of lead counsel will be filed on or before March 25, 2008;

WHEREAS, Defendants TeleTech Holdings, Inc., John R. Troka, Ruth C. Lipper, Shirley Young, William A. Linnenbringer, James E. Barlett, Shrikant Mehta and Kenneth D. Tuchman intend to file a motion to dismiss the claims asserted against them;

WHEREAS, because the special procedures specified in the PSLRA contemplate (i) the consolidation of similar actions; (ii) appointment of lead plaintiff and approval of selection of lead counsel; and (iii) the filing of a single, superseding consolidated complaint;

IT IS ACCORDINGLY STIPULATED AND AGREED, by and between the undersigned counsel, that (1) Defendants TeleTech Holdings, Inc., John R. Troka, Ruth C. Lipper, Shirley Young, William A. Linnenbringer, James E. Barlett, Shrikant Mehta and Kenneth D. Tuchman shall have no obligation to respond to the above-captioned complaint; and (2) the consolidated amended complaint shall supersede all complaints filed in any action consolidated herein.

Dated: March 3, 2008

Respectfully submitted,

_Kim E. Miller/mc_
Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st Street, 12th Floor
New York, NY 10017
Tel: (212) 696-3730
Fax: (504) 455-1498
kim.miller@kgscounsel.com

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street – Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400
Fax: (504) 455-1498
*Attorneys for Plaintiff Donald Beasley and Proposed Lead Counsel for the Class*

_Corinne Levy_
Jonathan R. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Ralph C. Ferrara
Geoffrey H. Coll
DEWEY & LEBOEUF LLP
1101 New York Avenue, Suite 1100
Washington, D.C. 20005
Tel: (202) 986-8000
Fax: (202) 986-8102
rferrara@dl.com
gcoll@dl.com

_____
Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Timothy R. Beyer
BROWNSTEIN HYATT FARBER SCHRECK
410 Seventeenth Street
Suite 2200
Denver, CO 80202-4432
Tel: 303.223.1100
Fax: 303.223.1111
tbeyer@bhfs.com
*Attorneys for Defendants
James E. Barlett and John C. Troka*

*Attorneys for Defendants TeleTech Holdings, Inc., Ruth C. Lipper, Shirley Young, William A. Linnenbringer and Shrikant Mehta*

_____
Susan Stevens
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
slstevens@mwe.com

Laurence Berman
Matthew Oster
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
38th Floor
Los Angeles, CA 90067
Tel: (310) 277-4110
Fax: (310) 277-4730
lberman@mwe.com
*Attorneys for Defendant Kenneth D. Tuchman*

SO ORDERED:

_____3/5/2008_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE