UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
DONALD BEASLEY, Individually, and On : 
Behalf of All Others Similarly Situated, :
                                                       : Electronically Filed
                  Plaintiff, :
                                                     : Civil Action No.: 1:08-cv-00913-LTS
         v. : (ECF Case)
                                                     :
TELETECH HOLDINGS, INC., KENNETH D. : Hon. Laura Taylor Swain
TUCHMAN, JOHN R. TROKA, RUTH C. :
LIPPER, SHIRLEY YOUNG, WILLIAM A. :
LINNENBRINGER, JAMES E. BARLETT, :
SHRIKANT MEHTA, CITIGROUP GLOBAL :
MARKETS INC., MORGAN STANLEY & :
CO., INC., and ERNST & YOUNG, LLP, :
                                                       :
               Defendants. :
------------------------------------------------------------ x

*(Additional Caption on the Following Page)*

## CERTIFICATE OF SERVICE

```
------------------------------------------------------------x
WILLIAM BROWN, Individually, and On          :
Behalf of All Others Similarly Situated,     :
                                             :   Electronically Filed
                  Plaintiff,                 :
                                             :   Civil Action No.: 1:08-cv-01842-LTS
            v.                               :   (ECF Case)
                                             :
TELETECH HOLDINGS, INC., KENNETH D.          :   Hon. Laura Taylor Swain
TUCHMAN, JOHN R. TROKA, JAMES E.             :
BARLETT, RUTH C. LIPPER, WILLIAM A.          :
LINNENBRINGER, SHRIKANT MEHTA,               :
SHIRLEY YOUNG, CITIGROUP GLOBAL              :
MARKETS INC., MORGAN STANLEY &               :
CO., INC., MERRILL LYNCH & CO.,              :
CREDIT SUISSE, and ERNST & YOUNG,            :
LLP,                                         :
                                             :
                  Defendants.                :
------------------------------------------------------------x
```

I, Christopher J. Keller, hereby certify, that on March 25, 2008, I electronically filed true and correct copies of the foregoing documents:

- Motion of the of the New Orleans Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Memorandum of Law in Support of the Motion of the of the New Orleans Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Declaration of Alan I. Ellman in Support of the Motion of the New Orleans Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

kimmiller225@yahoo.com; clevy@dl.com; gcoll@dl.com; jrichman@dl.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participant:

Lewis Stephen Kahn
Kahn, Gauthier Law Group, L.L.C.
650 Poydras St.
Suite 2150
New Orleans, LA 70130
Phone: (504) 455-1400
Fax: (504) 455-1498

Evan J Smith
Brodsky & Smith, LLC
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977

/s/   Christopher J. Keller
Christopher J. Keller (CK-2347)