UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BEASLEY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELETECH HOLDINGS, INC., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-00913-LTS <br><br> <u>CLASS ACTION</u> |
| WILLIAM BROWN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELETECH HOLDINGS, INC., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-01842-LTS <br><br> <u>CLASS ACTION</u> |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Institutional Investor Electrical Workers Local #357 Pension and Health & Welfare Trusts ("Electrical Workers Local #357") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Electrical Workers Local #357 as Lead Plaintiff; (iii) approving Electrical Workers Local #357's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Electrical Workers Local #357 submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated March 25, 2008.

DATED: March 25, 2008    COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP


         /s/ *Mario Alba Jr.*
         MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on March 25, 2008, I caused a true and correct copy of the attached:

> Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
> Memorandum In Support Of The Motion Of Electrical Workers Local #357 Pension And Health & Welfare Trusts For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and
>
> Declaration Of Mario Alba Jr. In Support Of The Motion Of Electrical Workers Local #357 Pension And Health & Welfare Trusts For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Mario Alba Jr.*
Mario Alba Jr.

TELETECH HOLDINGS

Service List - 3/20/2008   (08-0051)

Page 1 of 2

**Counsel For Defendant(s)**

Jonathan E. Richman
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
   212/909-6000
   212/909-6836 (Fax)

Geoffrey Hunter Coll
Dewey & LeBoeuf LLP
1101 New York Avenue, NW, Suite 1100
Washington, DC  20005-4213
   202/986-8000
   202/986-8120 (Fax)

Corinne Davina Levy
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092
   212/259-8000
   212/259-6333 (Fax)

Dennis P. Orr
Jamie A. Levitt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104-0050
   212/468-8000
   212/468-7900 (Fax)

Jay B. Kasner
Gary J. Hacker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
   212/735-3000
   212/735-2000 (Fax)

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

TELETECH HOLDINGS

Service List - 3/20/2008    (08-0051)

Page 2 of 2

| | |
|---|---|
| Kim E. Miller | Lewis S. Kahn |
| Kahn Gauthier Swick, LLC | Kahn Gauthier Swick, LLC |
| 12 East 41st Street, 12th Floor | 650 Poydras Street, Suite 2150 |
| New York, NY  10017 | New Orleans, LA  70130 |
|   212/696-3730 |   504/455-1400 |
|   504/455-1498 (Fax) |   504/455-1498 (Fax) |

Richard A. Maniskas

D. Seamus Kaskela

David M. Promisloff

Schiffrin Barroway Topaz & Kessler, LLP

280 King of Prussia Road

Radnor, PA  19087

  610/667-7706

  610/667-7056 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DONALD BEASLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TELETECH HOLDINGS, INC., et al.,<br><br>　　　　　　Defendants. | : : : : : : : : : : : : | Civil Action No. 1:08-cv-00913-LTS<br><br>CLASS ACTION |
| WILLIAM BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TELETECH HOLDINGS, INC., et al.,<br><br>　　　　　　Defendants. | : : : : : : : : : : : : | Civil Action No. 1:08-cv-01842-LTS<br><br>CLASS ACTION |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the Motion of Electrical Workers Local #357 Pension and Health & Welfare Trusts ("Electrical Workers Local #357") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. Electrical Workers Local #357 is hereby appointed Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____   _____
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE LAURA T. SWAIN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

I:\Teletech\LP Motion\LP Order.doc

- 1 -