UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DONALD BEASLEY, individually
and on behalf of all others similarly situated,

                 Plaintiffs,

-v-                                       No. 08 Civ. 913 (LTS) (FM)

TELETECH HOLDINGS, INC., et al.,

                 Defendants.
-------------------------------------------------------------x
WILLIAM BROWN, individually and on behalf
of all others similarly situated,

                 Plaintiffs,

-v-                                       No. 08 Civ. 1842 (LTS) (FM)

TELETECH HOLDINGS, INC., et al.,

                 Defendants.
-------------------------------------------------------------x

<u>ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR CONSOLIDATION,
APPOINTMENT OF LEAD PLAINTIFF, AND APPOINTMENT OF LEAD COUNSEL
MOTIONS</u>

        Plaintiffs New Orleans Employees' Retirement System ("NEOPS") and Electrical Worker Local #357 and Health & Welfare Trusts ("Local 357") move the Court to consolidate the two above-captioned putative securities class action lawsuits. Each of these plaintiffs also moves the Court for an order appointing it lead plaintiff, and its counsel lead counsel, in this consolidated action.

        According to the affidavits filed in support of plaintiffs' motions, notice of the above-referenced litigation was made on January 25, 2008. Pursuant to the 60-day deadline

established by 15 U.S.C. § 78u-4(a)(3)(A)(i), it thus appears that no further motions concerning the appointment of lead plaintiff in this litigation may be filed. Accordingly, it is hereby ORDERED that:

Any and all papers in opposition to NEOPS's and Local 357's motions must be filed with this Court and served on all parties, with a courtesy copy provided for the Chambers of the undersigned, so as to be received no later than **April 15, 2008**. Any and all reply papers must be filed and served, with a courtesy copy to Chambers, no later than **April 22, 2008**.

A hearing concerning the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(B) and the applications for appointment of lead plaintiffs' counsel and for consolidation will be held in this matter on **May 9, 2008, at 4:30 p.m.** in Courtroom No. 17C,[1] Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

The submission and consultation requirements of the Initial Conference Orders previously issued in the above-captioned cases, and the pre-trial conference schedule set by those Orders, are suspended pending further Order of the Court.

The Clerk of Court is respectfully requested to docket this Order in each of the above-captioned actions.

SO ORDERED.

Dated: New York, New York
April 1, 2008

LAURA TAYLOR SWAIN
United States District Judge

---

[1] On the day of the hearing, check the electronic board in the lobby to be certain of the proper courtroom.