UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BEASLEY, Individually And On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>TELETECH HOLDINGS, INC., KENNETH D. TUCHMAN, JOHN R. TROKA, RUTH C. LIPPER, SHIRLEY YOUNG, WILLIAM A. LINNENBRINGER, JAMES E. BARLETT, SHRIKANT MEHTA, CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO., INC, and ERNST & YOUNG, LLP,<br><br>      DEFENDANTS. | NO. 1:08-cv-00913-LTS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Dennis P. Orr of the firm of Morrison & Foerster LLP hereby appears as counsel of record for Defendant Ernst & Young, LLP in this action.

Dated: New York, New York
   April 4, 2008

MORRISON & FOERSTER LLP

By: s/ Dennis P. Orr
   Dennis P. Orr
   dorr@mofo.com
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8000

*Attorneys for Defendant Ernst & Young, LLP*

ny-808420        1