# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019-5389

tel +1 212 424 8004
fax +1 212 424 8500
jrichman@dl.com



April 11, 2008

**VIA FACSIMILE**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007
FACSIMILE: 212-805-0426

**MEMO ENDORSED**

Re: *Beasley v. TeleTech Holdings, Inc.*, No. 08 Civ. 913 (LTS);
 *Brown v. TeleTech Holdings, Inc.*, No. 08 Civ. 1842 (LTS)

Dear Judge Swain:

This firm represents TeleTech Holdings, Inc. in the above-referenced cases. I write in connection with Your Honor's April 1, 2008 Order Setting Briefing and Hearing Schedule for Consolidation, Appointment of Lead Plaintiff, and Appointment of Lead Counsel Motions (the "April 1, 2008 Order").

The April 1, 2008 Order sets a May 9, 2008 hearing date on plaintiffs' various motions. We have been informed, however, that counsel for defendant Kenneth Tuchman will be recovering from surgery on that date and will be unable to travel from California. Mr. Tuchman's counsel therefore has asked us to request an adjournment of the May 9 hearing to a later date.

We have conferred with counsel about potential alternative dates and have learned that all counsel are available on Tuesday, May 20, after 10:00 a.m., if that date is also convenient to the Court. Accordingly, we respectfully request that Your Honor reschedule the May 9, 2008 hearing to May 20, 2008, or such other date and time as may be convenient to the Court.

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | DUBAI
EAST PALO ALTO | FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD.
LOS ANGELES | MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW

The Honorable Laura Taylor Swain
April 11, 2008
Page 2

We apologize for any inconvenience, and we thank Your Honor for considering this request.

Respectfully,

*Jonathan E. Richman*

Jonathan E. Richman

cc:  All counsel (via e-mail)

The conference is adjourned to May 20, 2008 at 4:30 pm.

SO ORDERED.

_____ 4/14/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

DC 387589.1 11895 00005 4/11/2008 01:40pm