**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD BEASLEY, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELETECH HOLDINGS, INC., KENNETH D. TUCHMAN, JOHN R. TROKA, RUTH C. LIPPER, SHIRLEY YOUNG, WILLIAM A. LINNENBRINGER, JAMES E. BARLETT, SHRIKANT MEHTA, CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO., INC, and ERNST & YOUNG, LLP,<br><br>Defendants. | **CASE NUMBER: 08-CV-00913**<br><br>**JUDGE LAURA TAYLOR SWAIN** |
| WILLIAM BROWN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>TELETECH HOLDINGS, INC., KENNETH D. TUCHMAN, JOHN R. TROKA, RUTH C. LIPPER, SHIRLEY YOUNG, WILLIAM A. LINNENBRINGER, JAMES E. BARLETT, SHRIKANT MEHTA, CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO., INC, MERRILL LYNCH & CO., CREDIT SUISSE and ERNST & YOUNG, LLP,<br><br>Defendants. | **CASE NUMBER: 08-CV-01842**<br><br>**JUDGE LAURA TAYLOR SWAIN** |

**NOTICE OF WITHDRAWAL OF THE MOTION OF DONALD BEASLEY AND PAPRAJ SUDHAKAR FOR APPOINTMENT AS LEAD PLAINTIFF**

On March 25, 2008, Donald Beasley and Papraj Sudhakar ("Beasley and Sudhakar") filed a Motion to Consolidate Related Actions; to be Appointed Lead Plaintiffs; and to Approve Proposed Lead Plaintiffs' Choice of Counsel. Rec. Docket no. 19.

After reviewing the motions for lead plaintiff filed by other Movants in this matter, Beasley and Sudhakar hereby notice the withdrawal of their motion for lead plaintiff in light of the greater financial interest of other Movants.

Dated: April 15, 2008                                    Respectfully submitted,

                                                          KAHN GAUTHIER SWICK, LLC

                                                          __/s/  Kim E. Miller_____
                                                          Kim E. Miller (KM-6996)
                                                          12 East 41st Street, 12th Floor
                                                          New York, NY 10017
                                                          Telephone:   (212) 696-3730
                                                          Facsimile:    (504) 455-1498


                                                          KAHN GAUTHIER SWICK, LLC
                                                          Lewis S. Kahn
                                                          650 Poydras St., Suite 2150
                                                          New Orleans, Louisiana 70130
                                                          Telephone: (504) 455-1400
                                                          Facsimile: (504) 455-1498

                                                          *Counsel for Beasley and Sudhakar and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

   I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on April 15, 2008.

                    /s/ Kim E. Miller
                     Kim E. Miller