SWAIN5.

DOCUMENT
ELECTRONICALLY FILED

APR 2 1 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BEASLEY, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELETECH HOLDINGS, INC., KENNETH D. TUCHMAN, JOHN R. TROKA, RUTH C. LIPPER, SHIRLEY YOUNG, WILLIAM A. LINNENBRINGER, JAMES E. BARLETT, SHRIKANT MEHTA, CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO., INC, and ERNST & YOUNG, LLP, <br><br> Defendants. | CASE NUMBER: 08-CV-00913 <br><br> JUDGE LAURA TAYLOR SWAIN |
| WILLIAM BROWN, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELETECH HOLDINGS, INC., KENNETH D. TUCHMAN, JOHN R. TROKA, RUTH C. LIPPER, SHIRLEY YOUNG, WILLIAM A. LINNENBRINGER, JAMES E. BARLETT, SHRIKANT MEHTA, CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO., INC, MERRILL LYNCH & CO., CREDIT SUISSE and ERNST & YOUNG, LLP, <br><br> Defendants. | CASE NUMBER: 08-CV-01842 <br><br> JUDGE LAURA TAYLOR SWAIN |

**NOTICE OF WITHDRAWAL OF THE MOTION OF DONALD BEASLEY AND PAPRAJ SUDHAKAR FOR APPOINTMENT AS LEAD PLAINTIFF**

On March 25, 2008, Donald Beasley and Papraj Sudhakar ("Beasley and Sudhakar") filed a Motion to Consolidate Related Actions; to be Appointed Lead Plaintiffs; and to Approve Proposed Lead Plaintiffs' Choice of Counsel. Rec. Docket no. 19.

After reviewing the motions for lead plaintiff filed by other Movants in this matter, Beasley and Sudhakar hereby notice the withdrawal of their motion for lead plaintiff in light of the greater financial interest of other Movants.

Dated: April 15, 2008

Respectfully submitted,

KAHN GAUTHIER SWICK, LLC

_Kim Miller_ /pb
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for Beasley and Sudhakar and Proposed Lead Counsel for the Class*

SO ORDERED:

_____ 4/18/08
U.S.D.J.