UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
DONALD BEASLEY, Individually And On
Behalf of All Others Similarly Situated,

     Plaintiff,

v.

TELETECH HOLDINGS, INC., KENNETH
D. TUCHMAN, JOHN R. TROKA, RUTH C.
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARLETT,
SHRIKANT MEHTA, CITIGROUP
GLOBAL MARKETS INC., MORGAN
STANLEY & CO., INC. and ERNST &
YOUNG, LLP,

     Defendants.
------------------------------------------------------- x

08 Civ. 0913 (LTS)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Andrew B. Kratenstein hereby appears as counsel for the defendant, Kenneth D. Tuchman, in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
      April 22, 2008

**McDERMOTT WILL & EMERY LLP**

By: _____
    Andrew B. Kratenstein (AK3910)

340 Madison Avenue
New York, New York 10017
(212) 547-5400

*Attorneys for Defendant*
*Kenneth D. Tuchman*