UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DONALD BEASLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> vs.<br><br>TELETECH HOLDINGS, INC., et al.,<br><br>   Defendants. | Civil Action No. 1:08-cv-00913-LTS<br><br><u>CLASS ACTION</u> |
| WILLIAM BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> vs.<br><br>TELETECH HOLDINGS, INC., et al.,<br><br>   Defendants. | Civil Action No. 1:08-cv-01842-LTS<br><br><u>CLASS ACTION</u> |

MEMORANDUM IN FURTHER SUPPORT OF THE MOTION OF ELECTRICAL WORKERS LOCAL #357 PENSION AND HEALTH & WELFARE TRUSTS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

Electrical Workers Local #357 Pension and Health & Welfare Trusts ("Electrical Workers Local #357") respectfully submits this memorandum of law in further support of its motion seeking consolidation of the above-captioned related actions, its appointment as Lead Plaintiff, and approval of its selection of Lead Counsel.

On March 25, 2008, three motions were filed in the above-captioned actions, each one seeking appointment of the respective movant(s) as Lead Plaintiff and approval of each movant's selection of Lead Counsel. The movants were as follows: (1) Electrical Workers Local #357; (2) New Orleans Employees' Retirement System ("New Orleans"); and (3) Donald Beasley and Papraj Sudhakar ("Beasley and Sudhakar"). Then, on April 1, 2008, this Court entered an Order setting a briefing schedule for any opposition to those motions. In that regard, the Court stated that any opposition to the motions filed on March 25, 2008 would be due April 15, 2008. On that date, Electrical Workers Local #357 filed its memorandum of law in further support of its motion for appointment as Lead Plaintiff and for approval of its selection of Lead Counsel and in opposition to the competing motions ("Electrical Workers Local #357 Opp."). Electrical Workers Local #357 also informed the Court that counsel for New Orleans did not intend to file any opposition to the motions of Electrical Workers Local #357 or Beasley and Sudhakar. *See* Electrical Workers Local #357 Opp. at fn. 1. Moreover, on April 15, 2008, Beasley and Sudhakar withdrew their motion for appointment as lead plaintiff; on April 18, 2008, this Court granted Beasley and Sudhakar's motion to withdraw.

Therefore, Electrical Workers Local #357 respectfully submits this memorandum to inform the Court that its motion is unopposed. Electrical Workers Local #357: (i) has the largest financial interest in the relief sought by the class (having suffered losses of $50,244.91); (ii) satisfies Federal Rule of Civil Procedure 23; and (iii) typifies the type of investor encouraged by Congress to serve as lead plaintiff in cases such as this. *See* 15 U.S.C. §78u-4(a)(3)(B); *see also Ferrari v. Impath, Inc.*,

No. 03 Civ. 5667 (DAB), 2004 U.S. Dist. LEXIS 13898, at *10 (S.D.N.Y. July 15, 2004) (Batts, J.) (holding that the purpose behind the PSLRA is best achieved by encouraging institutional investors to serve as lead plaintiffs).

Accordingly, pursuant to the Private Securities Litigation Reform Act of 1995, Electrical Workers Local #357 is the "most adequate plaintiff" to lead this litigation on behalf of the class and its selection of lead counsel should be approved.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii).

DATED:  April 22, 2008              COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    SAMUEL H. RUDMAN
                                    DAVID A. ROSENFELD
                                    MARIO ALBA JR.


                                            /s/ *David A. Rosenfeld*
                                    DAVID A. ROSENFELD

                                    58 South Service Road, Suite 200
                                    Melville, NY  11747
                                    Telephone:  631/367-7100
                                    631/367-1173 (fax)

                                    [Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba, Jr., hereby certify that on April 22, 2008, I caused a true and correct copy of the attached:

> Memorandum In Further Support Of The Motion Of Electrical Workers Local #357 Pension And Health & Welfare Trusts For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Mario Alba, Jr.*
Mario Alba, Jr.

TELETECH HOLDINGS

Service List - 4/15/2008    (08-0051)

Page 1 of 2

**Counsel For Defendant(s)**

Jonathan E. Richman
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
   212/909-6000
   212/909-6836 (Fax)

Geoffrey Hunter Coll
Dewey & LeBoeuf LLP
1101 New York Avenue, NW, Suite 1100
Washington, DC  20005-4213
   202/986-8000
   202/986-8120 (Fax)

Corinne Davina Levy
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092
   212/259-8000
   212/259-6333 (Fax)

Dennis P. Orr
Jamie A. Levitt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104-0050
   212/468-8000
   212/468-7900 (Fax)

Jay B. Kasner
Gary J. Hacker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
   212/735-3000
   212/735-2000 (Fax)

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

TELETECH HOLDINGS

Service List - 4/15/2008   (08-0051)

Page 2 of 2

| | |
|---|---|
| Kim E. Miller<br>Kahn Gauthier Swick, LLC<br>12 East 41st Street, 12th Floor<br>New York, NY  10017<br>   212/696-3730<br>   504/455-1498 (Fax) | Lewis S. Kahn<br>Kahn Gauthier Swick, LLC<br>650 Poydras Street, Suite 2150<br>New Orleans, LA  70130<br>   504/455-1400<br>   504/455-1498 (Fax) |
| Christopher J. Keller<br>Andrei V. Rado<br>Labaton Sucharow LLP<br>140 Broadway, 34th Floor<br>New York, NY  10005<br>   212/907-0700<br>   212/818-0477 (Fax) | Richard A. Maniskas<br>D. Seamus Kaskela<br>David M. Promisloff<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>   610/667-7706<br>   610/667-7056 (Fax) |