ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

DONALD BEASLEY, Individually And On
Behalf of All Others Similarly Situated,

       Plaintiff,

v.

TELETECH HOLDINGS, INC., KENNETH
D. TUCHMAN, JOHN R. TROKA, RUTH C.
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARLETT,
SHRIKANT MEHTA, CITIGROUP
GLOBAL MARKETS INC., MORGAN
STANLEY & CO., INC. and ERNST &
YOUNG, LLP,

       Defendants.

---------------------------------------------------------- x

**08 Civ. 0913 (LTS)**


**MOTION TO ADMIT COUNSEL
PRO HAC VICE**



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Andrew B. Kratenstein, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of

      Laurence Berman
      McDermott Will & Emery LLP
      2049 Century Park East
      38th Floor
      Los Angeles, CA 90067-3218
      Phone Number:  (310) 277-4110
      Fax Number:    (310) 277-4730

Laurence Berman is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Laurence Berman in any State or Federal

Court.

Dated:        April 22, 2008
              New York, New York

                                    Respectfully submitted,

                                    Andrew B. Kratenstein (AK-3910)
                                    McDermott Will & Emery LLP
                                    340 Madison Avenue
                                    New York, NY 10173-1922
                                    (212) 547-5400 (phone)
                                    (212) 547-5444 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

DONALD BEASLEY, Individually And On
Behalf of All Others Similarly Situated,                          **08 Civ. 0913 (LTS)**

     Plaintiff,

v.                                                                              **AFFIDAVIT OF ANDREW B.**
                                                                                **KRATENSTEIN**
TELETECH HOLDINGS, INC., KENNETH                          **IN SUPPORT OF MOTION**
D. TUCHMAN, JOHN R. TROKA, RUTH C.                          **TO ADMIT COUNSEL**
LIPPER, SHIRLEY YOUNG, WILLIAM A.                          **PRO HAC VICE**
LINNENBRINGER, JAMES E. BARLETT,
SHRIKANT MEHTA, CITIGROUP
GLOBAL MARKETS INC., MORGAN
STANLEY & CO., INC. and ERNST &
YOUNG, LLP,

     Defendants.

-------------------------------------------------------- x

State of New York         )
                           )   ss:
County of New York     )

ANDREW B. KRATENSTEIN, being duly sworn, hereby deposes and says as follows:

     1.     I am a partner in the law firm of McDermott Will & Emery LLP, counsel for

Defendant Kenneth D. Tuchman in the above captioned action. I am familiar with the

proceedings in this case. I make this statement based on my personal knowledge of the facts set

forth herein and in support of Defendant Kenneth D. Tuchman's motion to admit Laurence

Berman as counsel pro hac vice to represent Defendant Kenneth D. Tuchman in the above-

captioned matter.

     2.     I am a member in good standing of the Bar of the State of New York, and was

admitted to practice law in October 2000. I am also admitted to the bar of the United States

District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Laurence Berman since March 2008.

4.    Mr. Berman is a partner in the law firm of McDermott Will & Emery LLP.

5.    I have found Mr. Berman to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Laurence Berman, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Laurence Berman, pro hac vice, which is attached hereto as Exhibit A.


WHEREFORE it is respectfully requested that the motion to admit Laurence Berman, pro hac vice, to represent Defendant Kenneth D. Tuchman in the above-captioned matter, be granted.

Dated: April 22, 2008
New York, New York

_____
Andrew B. Kratenstein (AK-3910)

Sworn to before me this

22nd day of April, 2008

Notary Public

ELLEN J. RICHBELL
Notary Public, State of New York
No. 01RI6153589
Qualified in New York County
Commission Expires Oct. 10, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

DONALD BEASLEY, Individually And On   :
Behalf of All Others Similarly Situated,       :

                                      :

      Plaintiff,                   :

v.                                 :

TELETECH HOLDINGS, INC., KENNETH  :
D. TUCHMAN, JOHN R. TROKA, RUTH C.  :
LIPPER, SHIRLEY YOUNG, WILLIAM A.  :
LINNENBRINGER, JAMES E. BARLETT,   :
SHRIKANT MEHTA, CITIGROUP        :
GLOBAL MARKETS INC., MORGAN      :
STANLEY & CO., INC. and ERNST &     :
YOUNG, LLP,                    :

                                      :

      Defendants.               :

-------------------------------------------------------- x

**08 Civ. 0913 (LTS)**

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Andrew B. Kratenstein, attorney for Defendant Kenneth D. Tuchman and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:    Laurence Berman

        Firm Name:         McDermott Will & Emery LLP

        Address:           2049 Century Park East, 38th Floor

        City/State/Zip:      Los Angeles, CA 90067-3218

        Phone Number:     (310) 277-4110

        Fax Number:       (310) 277-4730

        Email Address:      lberman@mwe.com

is admitted to practice pro hac vice as counsel for Defendant Kenneth D. Tuchman in the above

captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.


Dated:  April ___, 2008
City, State:  New York, New York


_____
U.S.D.J.

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

April 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LAURENCE MARTIN BERMAN, #93515 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1980; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Wednesday, April 23, 2008, I served the accompanying Motion to Admit Counsel Pro Hac Vice for Laurence Berman via U.S. Mail upon the following party:

Geoffrey Hunter Coll
LeBoeuf, Lamb, Greene & MacRae LLP
1101 New York Avenue, N.W.
Suite 1100
Washington, DC 20005

Corinne Davina Levy
Dewey & LeBoeuf, L.L.P.
1301 Avenue of the Americas
New York, NY 10019

Jonathan E. Richman
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Lewis Stephen Kahn
Kahn, Gauthier Law Group, L.L.C.
650 Poydras St.
Suite 2150
New Orleans, LA 70130

Kim Elaine Miller
Kahn Gauthier Swick, LLC
12 East 41st Street
12th Floor
New York, NY 10017

Mario Alba, Jr.
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747

Jamie A. Levitt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Dennis Patrick Orr
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Christopher J. Keller
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

Dated: New York, New York
April 23, 2008

Amelia J. Crowley