UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

DONALD BEASLEY, Individually And On : 
Behalf of All Others Similarly Situated, :

      Plaintiff, :
v. :

TELETECH HOLDINGS, INC., KENNETH :
D. TUCHMAN, JOHN R. TROKA, RUTH C. :
LIPPER, SHIRLEY YOUNG, WILLIAM A. :
LINNENBRINGER, JAMES E. BARLETT, :
SHRIKANT MEHTA, CITIGROUP :
GLOBAL MARKETS INC., MORGAN :
STANLEY & CO., INC. and ERNST & :
YOUNG, LLP, :

      Defendants. :
------------------------------------------------------- x

**ORIGINAL**

08 Civ. 0913 (LTS)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew B. Kratenstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Matthew Oster
    McDermott Will & Emery LLP
    2049 Century Park East
    38th Floor
    Los Angeles, California 90067-3218
    Phone Number:  (310) 277-4110
    Fax Number:     (310) 277-4730

Matthew Oster is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Matthew Oster in any State or Federal Court.

Dated:	April 22, 2008
	New York, New York

													Respectfully submitted,

													_____
													Andrew B. Kratenstein (AK-3910)
													McDermott Will & Emery LLP
													340 Madison Avenue
													New York, NY 10173-1922
													(212) 547-5400 (phone)
													(212) 547-5444 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
DONALD BEASLEY, Individually And On
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

TELETECH HOLDINGS, INC., KENNETH
D. TUCHMAN, JOHN R. TROKA, RUTH C.
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARLETT,
SHRIKANT MEHTA, CITIGROUP
GLOBAL MARKETS INC., MORGAN
STANLEY & CO., INC. and ERNST &
YOUNG, LLP,

    Defendants.
------------------------------------------------------- x

08 Civ. 0913 (LTS)

**AFFIDAVIT OF ANDREW B. KRATENSTEIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York    )
                            ) ss:
County of New York   )

ANDREW B. KRATENSTEIN, being duly sworn, hereby deposes and says as follows:

1. I am a partner in the law firm of McDermott Will & Emery LLP, counsel for Defendant Kenneth D. Tuchman in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Kenneth D. Tuchman's motion to admit Matthew Oster as counsel pro hac vice to represent Defendant Kenneth D. Tuchman in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in October 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Matthew Oster since March 2008.

4. Mr. Oster is a partner in the law firm of McDermott Will & Emery LLP.

5. I have found Mr. Oster to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Matthew Oster, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Matthew Oster, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Matthew Oster, pro hac vice, to represent Defendant Kenneth D. Tuchman in the above-captioned matter, be granted.

Dated: April 22, 2008
New York, New York

_____
Andrew B. Kratenstein (AK-3910)

Sworn to before me this
22nd day of April, 2008

_____
Notary Public

ELLEN J. RICHBELL
Notary Public, State of New York
No. 01RI6153589
Qualified in New York County
Commission Expires Oct. 10, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
DONALD BEASLEY, Individually And On
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

TELETECH HOLDINGS, INC., KENNETH
D. TUCHMAN, JOHN R. TROKA, RUTH C.
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARLETT,
SHRIKANT MEHTA, CITIGROUP
GLOBAL MARKETS INC., MORGAN
STANLEY & CO., INC. and ERNST &
YOUNG, LLP,

      Defendants.
----------------------------------------------------------- x

08 Civ. 0913 (LTS)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Andrew B. Kratenstein, attorney for Defendant Kenneth D. Tuchman and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Matthew Oster |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 2049 Century Park East, 38th Floor |
| City/State/Zip: | Los Angeles, CA 90067-3218 |
| Phone Number: | (310) 277-4110 |
| Fax Number: | (310) 277-4730 |
| Email Address: | moster@mwe.com |

is admitted to practice pro hac vice as counsel for Defendant Kenneth D. Tuchman in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: April ___, 2008
City, State: New York, New York

_____
U.S.D.J.

**THE STATE BAR
OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 3, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATTHEW X. OSTER, #190541 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Wednesday, April 23, 2008, I served the accompanying Motion to Admit Counsel Pro Hac Vice for Matthew Oster via U.S. Mail upon the following party:

Geoffrey Hunter Coll
LeBoeuf, Lamb, Greene & MacRae LLP
1101 New York Avenue, N.W.
Suite 1100
Washington, DC 20005


Corinne Davina Levy
Dewey & LeBoeuf, L.L.P.
1301 Avenue of the Americas
New York, NY 10019


Jonathan E. Richman
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022


Lewis Stephen Kahn
Kahn, Gauthier Law Group, L.L.C.
650 Poydras St.
Suite 2150
New Orleans, LA 70130


Kim Elaine Miller
Kahn Gauthier Swick, LLC
12 East 41st Street
12th Floor
New York, NY 10017

Mario Alba, Jr.
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747


Jamie A. Levitt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Dennis Patrick Orr
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Christopher J. Keller
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005


Dated: New York, New York
April 23, 2008

*Amelia J. Crowley*