USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 3 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DONALD BEASLEY, Individually And On :
Behalf of All Others Similarly Situated, :
:                                            08 Civ. 0913 (LTS)
:
            Plaintiff, :
v. :                                            **ORDER FOR ADMISSION**
:                                            **PRO HAC VICE**
TELETECH HOLDINGS, INC., KENNETH :      **ON WRITTEN MOTION**
D. TUCHMAN, JOHN R. TROKA, RUTH C. :
LIPPER, SHIRLEY YOUNG, WILLIAM A. :
LINNENBRINGER, JAMES E. BARLETT, :
SHRIKANT MEHTA, CITIGROUP :
GLOBAL MARKETS INC., MORGAN :
STANLEY & CO., INC. and ERNST & :
YOUNG, LLP, :
:
            Defendants. :
------------------------------------------------------------- x

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Andrew B. Kratenstein, attorney for Defendant Kenneth D. Tuchman and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Laurence Berman |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 2049 Century Park East, 38th Floor |
| City/State/Zip: | Los Angeles, CA 90067-3218 |
| Phone Number: | (310) 277-4110 |
| Fax Number: | (310) 277-4730 |
| Email Address: | lberman@mwe.com |

is admitted to practice pro hac vice as counsel for Defendant Kenneth D. Tuchman in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: April 30, 2008
City, State: New York, New York

_____
U.S.D.J.