

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC
LOS ANGELES · PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com

May 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 4 2008

VIA FACSIMILE

Honorable Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

Re: *Donald Beasley vs. Teletech Holdings, Inc., et al.*, No. 1:08-cv-00913-LTS
and all related cases

Dear Judge Swain:

We represent lead plaintiff movant Electrical Workers Local #357 Pension and Health & Welfare Trusts ("Electrical Workers Local #357") in the above-referenced action.

On March 25, 2008, three investors filed motions seeking appointment as Lead Plaintiff and approval of their selection of Lead Counsel. On April 15, 2008, we opposed the two other motions that were filed, arguing that Electrical Workers Local #357 should be appointed Lead Plaintiff because it has the largest financial interest and satisfies the requirements of Federal Rule of Civil Procedure 23. One of the other movants advised us that it did not intend to oppose any of the filed motions, while the other movant formally withdrew its motion.

Although the Court had scheduled oral argument on the motions for Lead Plaintiff, we respectfully request that since our movant is unopposed, the lead plaintiff hearing scheduled for May 20, 2008 should be adjourned and the motions decided on the papers already submitted.

Respectfully submitted,

David A. Rosenfeld

cc: All counsel

*The motions will be taken on submissions. Accordingly, the May 20, 2008 hearing is marked off the calendar.*
*SO ORDERED.*
*5/13/08*
**LAURA TAYLOR SWAIN U.S.D.J.**

58 South Service Road, Suite 200 · Melville, New York 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com