USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#
JUN 3 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE TELETECH LITIGATION

This Document Relates To: All Actions

Master File No. 08 Civ. 913
(LTS)(FM)

STIPULATION AND
ORDER REGARDING
FILING OF AMENDED
COMPLAINT AND
RESPONSIVE
PLEADINGS

---

### STIPULATION AND ORDER REGARDING
### FILING OF AMENDED COMPLAINT AND RESPONSIVE PLEADINGS

WHEREAS the above-captioned class action was filed on January 25, 2008; and

WHEREAS the action is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "PSLRA"); and

WHEREAS, on May 19, 2008, this Court issued an Order (the "Order") granting the motion to appoint Electrical Workers Local No. 357 Pension and Health & Welfare Trusts as Lead Plaintiff (the "Plaintiff") in the above-captioned action; and

WHEREAS the Order further granted the motion to appoint Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel for all plaintiffs in the above-captioned action;

IT IS ACCORDINGLY STIPULATED AND AGREED, by and between the undersigned counsel, that the following schedule shall apply with regard to the filing of the amended consolidated complaint and responsive pleadings thereto:

1. The Plaintiff shall file a consolidated amended complaint within sixty (60) days after June 2, 2008, *i.e.*, by August 1, 2008.

2. If any Defendant has not yet been served with the complaint filed on January 25, 2008, counsel for such Defendant will accept service of the consolidated amended complaint on behalf of that Defendant.

3. Defendants TeleTech Holdings, Inc., John R. Troka, Ruth C. Lipper, Shirley Young, William A. Linnenbringer, James E. Barlett, Shrikant Mehta, Kenneth D. Tuchman, Citigroup Global Markets, Inc., Morgan Stanley & Co., Inc., Merrill Lynch & Co., Credit Suisse and Ernst & Young LLP (the "Defendants") shall answer, move or otherwise respond to the consolidated amended complaint within sixty (60) days after the date of the filing of the consolidated amended complaint.

4. The Plaintiff shall file any opposition to a motion directed to the consolidated amended complaint (the "Opposition") within sixty (60) days after the date of the filing of any such motion, and

5. Defendants shall file any reply to the Opposition within forty-five (45) days after the filing of the Opposition.

Dated: June 26, 2008

Respectfully submitted,

_[signature]_

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
drosenfeld@csgrr.com
*Lead Counsel for the Class*

Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Timothy R. Beyer
BROWNSTEIN HYATT FARBER SCHRECK
410 Seventeenth Street
Suite 2200
Denver, CO 80202-4432
Tel: 303.223.1100
Fax: 303.223.1111
tbeyer@bhfs.com
*Attorneys for Defendants*
*James E. Barlett and John C. Troka*

Jamie A Levitt
MORRISON FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel: 212.468-8203
Fax: 212.468.7900
jlevitt@mofo.com
*Attorneys for Defendant*
*Ernst & Young LLP*

Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Ralph C. Ferrara
Geoffrey H. Coll
DEWEY & LEBOEUF LLP
1101 New York Avenue, Suite 1100
Washington, D.C. 20005
Tel: (202) 986-8000
Fax: (202) 986-8102
rferrara@dl.com
gcoll@dl.com
*Attorneys for Defendants TeleTech*
*Holdings, Inc., Ruth C. Lipper, Shirley*
*Young, William A. Linnenbringer and*
*Shrikant Mehta*

Susan Stevens
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
slstevens@mwe.com

Laurence Berman
Matthew Oster
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
38th Floor
Los Angeles, CA 90067
Tel: (310) 277-4110
Fax: (310) 277-4730
lberman@mwe.com

_____
Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
drosenfeld@csgrr.com
*Lead Counsel for the Class*

_____
Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Timothy R. Beyer
BROWNSTEIN HYATT FARBER SCHRECK
410 Seventeenth Street
Suite 2200
Denver, CO 80202-4432
Tel: 303.223.1100
Fax: 303.223.1111
tbeyer@bhfs.com
*Attorneys for Defendants*
*James E. Barlett and John C. Troka*

_____
Jamie A Levitt
MORRISON FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel: 212.468.8203
Fax: 212.468.7900
jlevitt@mofo.com
*Attorneys for Defendant*
*Ernst & Young LLP*

_____
Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Ralph C. Ferrara
Geoffrey H. Coll
DEWEY & LEBOEUF LLP
1101 New York Avenue, Suite 1100
Washington, D.C. 20005
Tel: (202) 986-8000
Fax: (202) 986-8102
rferrara@dl.com
gcoll@dl.com
*Attorneys for Defendants TeleTech*
*Holdings, Inc., Ruth C. Lipper, Shirley*
*Young, William A. Linnenbringer and*
*Shrikant Mehta*

_____
Susan Stevens
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
slstevens@mwe.com

Laurence Berman
Matthew Oster
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
38th Floor
Los Angeles, CA 90067
Tel: (310) 277-4110
Fax: (310) 277-4730
lberman@mwe.com

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
drosenfeld@csgrr.com
*Lead Counsel for the Class*

Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Timothy R. Beyer
BROWNSTEIN HYATT FARBER SCHRECK
410 Seventeenth Street
Suite 2200
Denver, CO 80202-4432
Tel: 303.223.1100
Fax: 303.223.1111
tbeyer@bhfs.com
*Attorneys for Defendants James E. Barlett and John C. Troka*

*/s/ Jamie A Levitt*
MORRISON FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel: 212.468.8203
Fax: 212.468.7900
jlevitt@mofo.com
*Attorneys for Defendant Ernst & Young LLP*

Ralph C. Ferrara
Geoffrey H. Coll
DEWEY & LEBOEUF LLP
1101 New York Avenue, Suite 1100
Washington, D.C. 20005
Tel: (202) 986-8000
Fax: (202) 986-8102
rferrara@dl.com
gcoll@dl.com
*Attorneys for Defendants TeleTech Holdings, Inc., Ruth C. Lipper, Shirley Young, William A. Linnenbringer and Shrikant Mehta*

Susan Stevens
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
slstevens@mwe.com

Laurence Berman
Matthew Oster
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
38th Floor
Los Angeles, CA 90067
Tel: (310) 277-4110
Fax: (310) 277-4730
lberman@mwe.com

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
drosenfeld@csgrr.com
*Lead Counsel for the Class*

Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Timothy R. Beyer
BROWNSTEIN HYATT FARBER SCHRECK
410 Seventeenth Street
Suite 2200
Denver, CO 80202-4432
Tel: 303.223.1100
Fax: 303.223.1111
tbeyer@bhfs.com
*Attorneys for Defendants*
*James E. Barlett and John C. Troka*

Jamie A Levitt
MORRISON FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel: 212.468.8203
Fax: 212.468.7900
jlevitt@mofo.com
*Attorneys for Defendant*
*Ernst & Young LLP*

Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Ralph C. Ferrara
Geoffrey H. Coll
DEWEY & LEBOEUF LLP
1101 New York Avenue, Suite 1100
Washington, D.C. 20005
Tel: (202) 986-8000
Fax: (202) 986-8102
rferrara@dl.com
gcoll@dl.com
*Attorneys for Defendants TeleTech*
*Holdings, Inc., Ruth C. Lipper, Shirley*
*Young, William A. Linnenbringer and*
*Shrikant Mehta*

Susan Stevens
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
slstevens@mwe.com

Laurence Berman
Matthew Oster
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
38th Floor
Los Angeles, CA 90067
Tel: (310) 277-4110
Fax: (310) 277-4730
lberman@mwe.com

oster@mwe.com
*Attorneys for Defendant*
*Kenneth D. Tuchman*

/s/ Jay B. Kasner
Jay B. Kasner
Gary J. Hacker
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, NY 10036
Tel: 212.735.3000
Fax: 212.735.2000
jay.kasner@skadden.com
gary.hacker@skadden.com
*Attorneys for Defendants*
*Citigroup Global Markets, Inc., Morgan Stanley & Co., Inc., Merrill Lynch & Co., and Credit Suisse*

SO ORDERED:

/s/ Laura Taylor Swain    6/27/2008
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE