**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# ORIGINAL

|  |  |
|---|---|
| | Master File No. 08 Civ. 913 (LTS)(FM) |
| **IN RE TELETECH LITIGATION** | |
| **This Document Relates To: All Actions** | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, GEOFFREY H. COLL, a member in good standing of the bar of this Court hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | TIMOTHY R. BEYER |
| Firm Name: | Brownstein Hyatt Farber Schreck, LLP |
| Address: | 410 Seventeenth Street |
| | Suite 2200 |
| City/State/Zip: | Denver, CO 80202-4432 |
| Tel No: | 303.223.1100 |
| Fax No: | 303.223.1111 |
| Email: | tbeyer@bhfs.com |

TIMOTHY R. BEYER is a member in good standing of the Bar of the State of Colorado. There are no pending disciplinary proceedings against TIMOTHY R. BEYER in any State or Federal court.

Dated: July 16, 2008

Respectfully submitted,

_____
Geoffrey H. Coll, Esq.
Dewey & LeBoeuf LLP
1101 New York Avenue
Washington, DC 20005
(202) 346-8146
gcoll@dl.com

Attorney for Defendants
TeleTech Holdings, Inc., Ruth C. Lipper,
Shirley Young, William A. Linnenbringer
and Shrikant Mehta

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|                                          |     |                                                    |
| ---------------------------------------- | --- | -------------------------------------------------- |
|                                          | :   |                                                    |
|                                          | :   |                                                    |
|                                          | :   | Master File No. 08 Civ. 913                        |
|                                          | :   | (LTS)(FM)                                          |
|                                          | :   |                                                    |
| **IN RE TELETECH LITIGATION**            | :   |                                                    |
|                                          | :   |                                                    |
| **This Document Relates To: All Actions**| :   | **AFFIDAVIT OF**                                   |
|                                          |     | **GEOFFREY H. COLL IN**                           |
|                                          |     | **SUPPORT OF MOTION TO**                          |
|                                          |     | **ADMIT COUNSEL**                                 |
|                                          |     | **PRO HAC VICE**                                  |

---

STATE OF NEW YORK        )
                          SS:
COUNTRY OF NEW YORK      )

GEOFFREY H. COLL, being duly sworn, hereby deposes and says as follows:

1.    I am a partner with the law firm Dewey & LeBoeuf LLP, counsel for Defendants TeleTech Holdings, Inc., Ruth C. Lipper, Shirley Young, William A. Linnenbringer and Shrikant Mehta, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion of Defendants TeleTech Holdings, Inc., Ruth C. Lipper, Shirley Young, William A. Linnenbringer and Shrikant Mehta to admit Timothy R. Beyer as counsel pro hac vice to represent Defendants James E. Barlett and John C. Troka in this matter.

2.    I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on June 19, 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    Timothy R. Beyer is a partner with the law firm Brownstein Hyatt Farber Schreck, LLP, and is located at 410 Seventeenth Street, Suite 2200, Denver, CO 80202-4432.

4.    I have been Timothy R. Beyer's co-counsel since February 2008.

5.      I have found Timothy R. Beyer to be a skilled attorney and a person of

integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Timothy R. Beyer, pro

hac vice.

7.      I respectfully submit a proposed order granting the admission of Timothy R.

Beyer, pro hac vice, which is attached hereto as Exhibit A.

WHEREAS, it is respectfully requested that the motion to admit Timothy R. Beyer,

pro hac vice, to represent Defendants James E. Barlett and John C. Troka, in the above-captioned

matter, be granted

_____
Geoffrey H. Coll

Sworn to before me this
16 day of July, 2008

GEORGE WASHINGTON SIKES III
NOTARY PUBLIC, State of New York
No. 01SI6178651
Qualified in Suffolk County
Commission Expires Dec. 3, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————

|  |  |
|---|---|
| : | |
| : | |
| : | |
| : | Master File No. 08 Civ. 913 |
| : | (LTS)(FM) |
| : | |
| : | |
**IN RE TELETECH LITIGATION** | : |
| : | |
**This Document Relates To: All Actions** | : | **ORDER FOR ADMISSION**
| : | **PRO HAC VICE ON**
| : | <u>**WRITTEN MOTION**</u>

————————————————————————

Upon the motion of Geoffrey H. Coll, counsel for Defendants TeleTech Holdings,

Inc., Ruth C. Lipper, Shirley Young, William A. Linnenbringer and Shrikant Mehta, and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | TIMOTHY R. BEYER |
| Firm Name: | Brownstein Hyatt Farber Schreck, LLP |
| Address: | 410 Seventeenth Street |
| | Suite 2200 |
| City/State/Zip: | Denver, CO 80202-4432 |
| Tel No: | 303.223.1100 |
| Fax No: | 303.223.1111 |
| Email: | <u>tbeyer@bhfs.com</u> |

is admitted to practice pro hac vice as counsel for Defendants James E. Barlett and John C. Troka in

the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel

shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2008
         New York, New York

                                    _____
                                    THE HONORABLE LAURA TAYLOR SWAIN
                                    UNITED STATES DISTRICT JUDGE



# SUPREME COURT
## State of Colorado.

STATE OF COLORADO, ss:

I, **Susan J. Festag** _____ *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

### TIMOTHY ROBERT BEYER

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* **19**[th]

*day of* **October** *A. D.* **1982** *and that at the date hereof the said* **TIMOTHY ROBERT BEYER**

*is in good standing at this Bar.*



IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*

**7**th *day of* **July** *A. D.* **2008**

**Susan J. Festag**

*Clerk*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                                SS:
COUNTY OF NEW YORK        )

DEBRA K. SENIOR being duly sworn, deposes and says: I am over 18 years of age, not a party to this action and am employed by the law firm of Dewey & LeBoeuf LLP.

On the 16th day of July, 2008, I caused a copy of the attached MOTION TO ADMIT COUNSEL PRO HAC VICE FOR TIMOTHY R. BEYER to be served via First Class Mail upon the attorneys listed below at their address designated for service of papers:

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747

Jay B. Kasner, Esq.
Gary J. Hacker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Susan Stevens, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10173

Jamie A. Levitt, Esq.
Morrison Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Lawrence Berman, Esq.
Matthew Oster, Esq.
McDermott Will & Emery LLP
2049 Century Park East, 38th Floor
Los Angeles, CA  90067

*Debra K. Senior*
DEBRA K. SENIOR
Lic. No.1264305

Sworn to before me this
16th day of July, 2008

*Cecil S. Ashdown*
NOTARY PUBLIC

CECIL S. ASHDOWN
NOTARY PUBLIC, State of New York
No. 01AS6070058
Qualified in New York County
Certified in New York County
Commission Expires February 19, 2010