**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: JUL 2 2 2008
```

IN RE TELETECH LITIGATION

This Document Relates To: All Actions

Master File No. 08 Civ. 913
(LTS)(FM)

**ORDER FOR ADMISSION**
**PRO HAC VICE ON**
**WRITTEN MOTION**

Upon the motion of Geoffrey H. Coll, counsel for Defendants TeleTech Holdings, Inc., Ruth C. Lipper, Shirley Young, William A. Linnenbringer and Shrikant Mehta, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | TIMOTHY R. BEYER |
| Firm Name: | Brownstein Hyatt Farber Schreck, LLP |
| Address: | 410 Seventeenth Street |
| | Suite 2200 |
| City/State/Zip: | Denver, CO 80202-4432 |
| Tel No: | 303.223.1100 |
| Fax No: | 303.223.1111 |
| Email: | tbeyer@bhfs.com |

is admitted to practice pro hac vice as counsel for Defendants James E. Barlett and John C. Troka in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: __7/22__, 2008
New York, New York

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE