UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re TELETECH LITIGATION

This Document Relates to:

ALL ACTIONS                                              No. 08 Civ. 913 (LTS)

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 2 2009

### ORDER

      The Court has received Lead Plaintiff's Notice of Unopposed Motion for Preliminary Approval of Settlement (docket entry no. 56), memorandum of law in support thereof (docket entry no. 57), and Stipulation of Settlement (the "Stipulation") (docket entry no. 58). It is hereby

      ORDERED, that Lead Counsel for Plaintiffs and counsel for Defendants shall appear for a conference in the Courtroom of the undersigned on **Thursday, November 5, 2009, at 11:30 a.m.** The parties must be prepared at the conference to address, *inter alia*, the following:

      (i) Evidentiary support for the proposed factual findings, including those pursuant to Rules 11 and 23 of the Federal Rules of Civil Procedure;

      (ii) The factual matters considered by Lead Plaintiff's counsel (including the nature and status of the "Settlement Discovery" referred to section 7.1(a) of the Stipulation) and the indicia of arms' length negotiations;

      (iii) The relationship between the settlement fund amount and the parties' estimates of potential recovery/exposure in the litigation;

      (iv) The relationship between this litigation and settlement and the Delaware litigation settlement referred to in the Stipulation;

(v) Any administration or investment expenses anticipated in connection with the escrow arrangement proposed in the Stipulation;

(vi) The mechanics of the proposed preliminary approval, opt-out and claims procedures.

SO ORDERED.

Dated: New York, New York
November 2, 2009

                                                                                   LAURA TAYLOR SWAIN
                                                                                   United States District Judge