# DEWEY & LEBOEUF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 4 2009

Dewey & LeBoeuf LLP
101 New York Avenue, NW
Washington, DC 20004-1405

tel (202) 346-8146
fax (202) 956-3342
gcoll@dl.com

November 4, 2009

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**

Re: *In re TeleTech Litigation*, Case No. 08 Civ. 913 (LTS)

Dear Judge Swain:

This firm represents TeleTech Holdings, Inc. ("TeleTech") in the above-referenced actions. I write in connection with Your Honor's November 2, 2009 Order setting a conference in the Courtroom on Thursday, November 5, 2009, at 11:30 a.m. (the "November 2, 2009 Order").

Regrettably, I am currently on business in the Middle East and will still be out of the country on that date. We have conferred with Lead Plaintiff's counsel and counsel for the other defendants and all counsel are available to appear on Tuesday, November 10, at 3:30 p.m., if that date is also convenient to the Court. Accordingly, we would greatly appreciate Your Honor's rescheduling the November 2, 2009 conference to November 10, 2009, at 3:30 p.m.

We apologize for any inconvenience, and we thank you in advance for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Geoffrey H. Coll*  /MRS/HL
Geoffrey H. Coll

The request is granted.

cc: All counsel (via e-mail)

SO ORDERED.

NEW YORK, NY
NOV 3, 2009
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | BEIJING | BOSTON | BRUSSELS | CHICAGO | DOHA | DUBAI
FRANKFURT | HONG KONG | HOUSTON | JOHANNESBURG (PTY) LTD. | LOS ANGELES | MADRID | MILAN | MOSCOW
PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | SILICON VALLEY | WARSAW