UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TELETECH LITIGATION | : Master File No. 1:08-cv-00913-LTS |
| | : |
| | : <u>CLASS ACTION</u> |
| This Document Relates To: | : |
| | : |
| ALL ACTIONS. | : |
| | : |

DECLARATION OF ELLEN GUSIKOFF STEWART IN SUPPORT OF PRELIMINARY
APPROVAL OF SETTLEMENT

I, ELLEN GUSIKOFF STEWART, declare as follows:

1.  I am a member of Coughlin Stoia Geller Rudman & Robbins LLP, Lead Counsel for the Class in the above-referenced litigation. I am admitted to practice before all courts in the State of California, and my application to this Court to practice *pro hac vice* for purposes of this litigation is currently under submission by the Court.

2.  I submit this Declaration in support of Lead Plaintiff's motion for preliminary approval of settlement.

3.  Attached as Exhibit A hereto is a letter dated December 10, 2009, addressed to me from Francesca Castagnola, Senior Vice President of Torrey Pines Bank. The letter and the attachments thereto set forth the investments of the Settlement Fund to be made by the bank pending distribution to the Class, and the fees charged therefor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would testify competently thereto. Executed this 11th day of December, 2009, at San Diego, California.

_____
ELLEN GUSIKOFF STEWART

S:\Settlement\TeleTech Holdings.set\DEC EGS 00063546.doc

- 1 -